United States District Court
Southern District of Texas
**ENTERED**
June 19, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHAD HANSEN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-002 |
| | § § | |
| MEDICREDIT, INC., | § § | |
| Defendant. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

In accordance with the parties' Stipulation to Dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice.

ORDERED this 16 day of June, 2017.

_____
HAYDEN W. HEAD, JR.
SENIOR UNITED STATES DISTRICT JUDGE